**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| ROBERT SPRAGUE, *et al.*, | ) | CASE NO. 1:18-CV-00165-MRB |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | JUDGE Michael R. Barrett |
| UNIVERSAL TRANSPORTATION SYSTEMS LLC (d/b/a "UTS") and QUALITY TRANSPORTATION SERVICES LLC, | ) ) ) ) ) ) | MAGISTRATE JUDGE Stephanie K. Bowman |
| Defendants. | ) | |

**JOINT MOTION TO APPROVE THE AMENDED SETTLEMENT AGREEMENT**

On June 22, 2022, the Court approved the settlement of the Fair Labor Standards Act ("FLSA") claims of Originating Plaintiff Robert Sprague and ten other employees who opted-in to the Fair Labor Standards Act ("FLSA") collective (together "Quality Plaintiffs").  Doc. 85.  Since then, Defendant Quality Transportation Services, LLC ("Quality") has experienced a significant and unexpected downturn in business.  Plaintiffs have agreed to revise the payment schedule, so Quality has additional time to make the remaining payments under the settlement agreement.  Quality has made all current payments required under the terms of the amended Settlement Agreement, which is attached as Exhibit A.  Quality respectfully asks the Court to grant this motion and approved the attached amended Settlement Agreement.  A proposed order is attached.

|  | Respectfully submitted, |
|---|---|
| *s/ Mark J. Gottesfeld* | */s/ Emily J. Gelhaus* |
| Mark J. Gottesfeld (admitted pro hac vice) | Katharine C. Weber (Ohio Bar # 0042126) |
| Winebrake & Santillo, LLC | Emily J. Gelhaus (Ohio Bar # 0076454) |
| 715 Twining Road, Suite 211 | Jackson Lewis P.C. |
| Dresher, PA  19025 | 201 E. Fifth Street, 26th Floor |
| Telephone:  (215) 884-2491 | Cincinnati, OH  45202 |
| Fax:  (215) 884-2492 | Telephone:  (513) 873-2114 |
| mgottesfeld@winebrakelaw.com | Fax:  (513) 898-0051 |
|  | katharine.weber@jacksonlewis.com |
| Counsel for Plaintiffs | emily.gelhaus@jacksonlewis.com |
|  | Counsel for Defendant |
|  | Quality Transportation Services, LLC |

## **CERTIFICATE OF SERVICE**

I certify that on December 20, 2022, the foregoing was filed electronically via the Court's authorized electronic filing system.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

    /s/ Emily J. Gelhaus
Emily J. Gelhaus

4876-8434-2853, v. 1