**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| ROBERT SPRAGUE, *et al.*, ) | CASE NO. 1:18-CV-00165-MRB |
| ) | |
| Plaintiffs, ) | |
| ) | JUDGE Michael R. Barrett |
| v. ) | |
| ) | MAGISTRATE JUDGE Stephanie K. Bowman |
| UNIVERSAL TRANSPORTATION ) | |
| SYSTEMS LLC (d/b/a "UTS") and ) | |
| QUALITY TRANSPORTATION ) | |
| SERVICES LLC, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of the Joint Motion to Approve the Amended Settlement Agreement, the Court approves the amended Settlement Agreement.

**IT IS SO ORDERED.**

/s/ Michael R. Barrett
_____
JUDGE MICHAEL R. BARRETT

4876-8434-2853, v. 1