CERTIFICATE OF JUDGMENT UNDER SECTION 2329.02

OHIO REVISED CODE

UNITED STATES OF AMERICA

SS.

SOUTHERN DISTRICT OF OHIO

I, Richard W. Nagel, Clerk of the United States District Court for the Southern District of Ohio, do certify that on 6/16/2023 there was entered in the record in this court, Western Division at Cincinnati, Ohio in

Case Number: 1:18-cv-00165-MRB

Case Name: Robert Sprague et al. v. Universal Transportation Systems LLC et al.

Judgment in favor of: Winebrake & Santillo, LLC

and against: Quality Transportation Services LLC

In the amount of: $18,650.00

Appeal filed/Pending

IN TESTIMONY WHEREOF, I have Hereunto set my hand and affixed the seal of this Court, at Cincinnati, Ohio this 31 Day of August, A.D. 2023.

RICHARD W. NAGEL, CLERK
Richard W. Nagel, Clerk of Court
BY: _____, Deputy Clerk

Revised 7/14/15