**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Robert Sprague,

    Plaintiff,                                      Case No. 1:18cv165

    v.                                              Judge Michael R. Barrett

Universal Transportation Systems LLC, *et al*.,

    Defendants.

## ORDER

This matter is before the Court upon Plaintiff's Motion to Enforce the Settlement Agreement and Sanctions. (Doc. 101). In light of the Stipulation of Judgment entered by the Court (Doc. 103), Plaintiff's Motion (Doc. 101) is hereby **DENIED as MOOT**.

**IT IS SO ORDERED.**

                                                       */s/ Michael R. Barrett*
                                                   JUDGE MICHAEL R. BARRETT